# Raoul Zaltzberg, Esq.

Zaltzberg Law
14 Wall Street, 20th Floor
New York, New York 10005

*Attorney at Law*

www.zaltzberglaw.com

(212) 609-1344
(212) 609-1345
Raoul@ZaltzbergLaw.com


September 24, 2026

**VIA ECF**

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

The request is granted. Mr. Eustate Jimenez's sentencing shall be held on December 2, 2026, at 11:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 389.
SO ORDERED.
September 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re: *United States v. Lopez-Reyes, et al., (Edward Eustate Jimenez)*
23 Cr 0501 (JPC)

Dear Honorable Judge Cronan,

Defendant Edward Eustate Jimenez, through his counsel, respectfully submits this letter motion with the Government's consent to request a 30-45 day sentencing adjournment. I am ready and passed for trial on a New York State Supreme Court case that should last about a week but interferes with my ability to fully prepare his sentencing memo.

Thank you in advance for your consideration in this matter!

Sincerely,

________/s/____________
Raoul Zaltzberg, Esq.

All Government Counsel is CC'd as well